UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  16-CR-00022 |
| VERSUS | * | JUDGE DRELL |
| KEVIN CHRISTOPHER RIVET | * | MAG. JUDGE WHITEHURST |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, KEVIN CHRISTOPHER RIVET, on September 19, 2016.   Defendant was present with his counsel, Wayne J. Blanchard.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count Two of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, KEVIN CHRISTOPHER RIVET, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that

KEVIN CHRISTOPHER RIVET be finally adjudged guilty of the offense charged in Count Two of the Indictment.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 4th day of October, 2016.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE