RECEIVED
OCT - 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-CR-00022** |
| **VERSUS** | **JUDGE DRELL** |
| **KEVIN CHRISTOPHER RIVET** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Kevin Christopher Rivet, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Kevin Christopher Rivet is finally adjudged guilty of the offense charged in Count Two of the Indictment.

**THUS DONE AND SIGNED**, in chambers, on this 5th day of October ___, 2016.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**